COX, WOOTTON, LERNER,
GRIFFIN, HANSEN & POULOS, LLP
Marc T. Cefalu (SBN 203324)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
SVENDSEN'S BOAT WORKS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVENDSEN'S BOAT WORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>S/V PALADINO, Official No. 622353, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10; and HARLAND J. HARRIS, an individual, *in personam*,<br><br>Defendants. | Case No.: C-14-4633 RS<br><br>IN ADMIRALTY<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ARREST WARRANT |

Plaintiff Svendsen's Boat Works, Inc. ("Svendsen's") has applied for an order authorizing the Clerk to issue a warrant for the arrest of the Defendant Vessel S/V PALADINO, Official No. 622353, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., (the "Vessel").

Upon reviewing Plaintiff's Request for Review and associated pleadings, the Verified Complaint and its supporting exhibits, and the papers submitted therewith, the Court finds that the conditions for an *in rem* action in accordance with Supplemental Admiralty Rule C appear to exist.

///

**THEREFORE IT IS HEREBY ORDERED** that:

1. The Clerk of this Court is authorized to, and shall issue a Warrant for the Arrest of the Vessel, as prayed for in the Verified Complaint;

2. The Marshal of this District is authorized to serve the Warrant of Arrest on the Vessel;

3. Any person claiming an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing upon not less than three (3) days notice to Plaintiff, at which time Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

4. A copy of this Order shall be attached to and served with the Warrant of Arrest.

**IT IS SO ORDERED.**

DATED: 10/17/14

_____
UNITED STATES DISTRICT JUDGE

COX, WOOTTON,
LERNER, GRIFFIN,
HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SVEN/Paladino